NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CITRIX SYSTEMS, INC.,**
*Appellant,*

**v.**

**01 COMMUNIQUE LABORATORY, INC.,**
*Appellee.*

---

2014-1240

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,018.

---

## JUDGMENT

---

DOUGLAS J. KLINE, Goodwin Procter LLP, of Boston, Massachusetts, argued for appellant.  With him on the brief were KENNETH E. RADCLIFFE; and JENNIFER A. ALBERT and WILLIAM M. JAY, of Washington, DC.

KENNETH J. SHEEHAN, Baker & Hostetler LLP, of Washington, DC, argued for appellee.  With him on the brief was SHAWNNA M. YASHAR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* BRYSON and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


| October 16, 2014 | /s/  Daniel  E.  O'Toole |
| :---: | :---: |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |